1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | ERIC HACKETT,                          CASE NO. 1:12-cv-01215-LJO-SKO

12                                        RELATED CASE:  12-cv-00428-LJO-SKO

                 Plaintiff,

13                                          **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

14     v.

                                         (Doc. No. 2)

15 | CITY OF FRESNO, et al.,

16                                          **ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY SHERIFF**

                Defendants.

17                                   /

18

19

20         On July 25, 2012, Plaintiff Eric Hackett ("Plaintiff"), filed a motion to proceed without prepayment of the filing fees.  Plaintiff's motion demonstrates entitlement to proceed *in forma*

21

*pauperis* pursuant to 28 U.S.C. § 1915(a), and Plaintiff's motion is therefore GRANTED.

22

        Plaintiff is obligated to pay the statutory filing fee of \$350.00 for this action.  28 U.S.C.

23

§ 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

24

the preceding month's income credited to Plaintiff's trust account.

25

        The Fresno County Sheriff is required to send to the Clerk of the Court payments from

26

Plaintiff's account each time the amount in the account exceeds \$10.00, until the statutory filing fee

27

is paid in full.  28 U.S.C. § 1915(b)(2).

28

1    Accordingly, it is HEREBY ORDERED that:

2    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

3    2.    The Fresno County Sheriff, or her designee, shall collect payments from Plaintiff's

4          trust account in an amount equal to twenty percent (20%) of the preceding month's

5          income credited to Plaintiff's trust account and shall forward those payments to the

6          Clerk of the Court each time the amount in the account exceeds $10.00, in

7          accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected

8          and forwarded to the Clerk of the Court.  The payments shall be clearly identified by

9          the name and number assigned to this action;

10   3.    The Clerk of the Court is directed to serve a copy of this order and a copy of

11         Plaintiff's *in forma pauperis* application on the Sheriff, Fresno County Sheriff's

12         Department, Fresno County Jail, 1225 "M" Street, Fresno, CA 93721; and

13   4.    The Clerk of the Court is directed to serve a copy of this order on the Financial

14         Department, U.S. District Court, Eastern District of California, Fresno Division.

15

16   IT IS SO ORDERED.

17   **Dated:    July 31, 2012**              _____ **/s/ Sheila K. Oberto** _____
                                              UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2