1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LUIS SANCHEZ,

                Plaintiff,

   v.

CITY OF FRESNO, et al.,

                Defendants.

_____/

CASE NO. 1:12-cv-00428-LJO-SKO

**Related Cases**:
No. 1:12-cv-00429-LJO-SKO
No. 1:12-cv-00430-LJO-SKO
No. 1:12-cv-00431-LJO-SKO
No. 1:12-cv-00432-LJO-SKO
No. 1:12-cv-00434-LJO-SKO
No. 1:12-cv-00436-LJO-SKO
No. 1:12-cv-00439-LJO-SKO
No. 1:12-cv-00448-LJO-SKO
No. 1:12-cv-00528-LJO-SKO
No. 1:12-cv-01117-LJO-SKO
No. 1:12-cv-01118-LJO-SKO
No. 1:12-cv-01119-LJO-SKO
No. 1:12-cv-01120-LJO-SKO
No. 1:12-cv-01121-LJO-SKO
No. 1:12-cv-01122-LJO-SKO
No. 1:12-cv-01123-LJO-SKO
No. 1:12-cv-01124-LJO-SKO
No. 1:12-cv-01125-LJO-SKO
No. 1:12-cv-01126-LJO-SKO
No. 1:12-cv-01128-LJO-SKO
No. 1:12-cv-01130-LJO-SKO
No. 1:12-cv-01132-LJO-SKO
No. 1:12-cv-01133-LJO-SKO
No. 1:12-cv-01134-LJO-SKO
No. 1:12-cv-01136-LJO-SKO
No. 1:12-cv-01137-LJO-SKO
No. 1:12-cv-01138-LJO-SKO
No. 1:12-cv-01139-LJO-SKO
No. 1:12-cv-01161-LJO-SKO
No. 1:12-cv-01162-LJO-SKO
No. 1:12-cv-01166-LJO-SKO
No. 1:12-cv-01215-LJO-SKO

**ORDER CONSOLIDATING CASES**

On August 1, 2012, the parties filed a stipulation indicating, *inter alia*, the parties were in

agreement that the cases related to this matter should be consolidated for all pretrial purposes. Based

1    on the parties' stipulation, and because the Court finds that consolidation promotes judicial

2    efficiency, the following cases shall be consolidated pursuant to Federal Rule of Civil Procedure 42:

3        (1)    *Deen et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO

4        (2)    *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO

5        (3)    *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO

6        (4)    *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO

7        (5)    *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO

8        (6)    *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO

9        (7)    *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO

10       (8)    *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO

11       (9)    *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO

12       (10)    *Anderson v. City of Fresno, et al.*, No. 1:12-cv-01117-LJO-SKO

13       (11)    *Montgomery v. City of Fresno, et al.,* No. 1:12-cv-01118-LJO-SKO

14       (12)    *Frazier v. City of Fresno, et al.,* No. 1:12-cv-01119-LJO-SKO

15       (13)    *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-01120-LJO-SKO

16       (14)    *Randle v. City of Fresno, et al*., No. 12-cv-01121-LJO-SKO

17       (15)    *Dorsey v. City of Fresno, et al.,* No. 1:12-cv-01122-LJO-SKO

18       (16)    *Ward v. City of Fresno, et al*., No. 1:12-cv-01123-LJO-SKO

19       (17)    *Heager v. City of Fresno, et al,* No. 1:12-cv-01124-LJO-SKO

20       (18)    *Jones v. City of Fresno, et al.*, 1:12-cv-01125-LJO-SKO

21       (19)    *Bufford v. City of Fresno, et al.,* 1:12-cv-01126-LJO-SKO

22       (20)    *Gray v. City of Fresno, et al.,* 1:12-cv-01128-LJO-SKO

23       (21)    *Butler v. City of Fresno*, et al., 1:12-cv-01130-LJO-SKO

24       (22)    *Lowe v. City of Fresno, et al.*, 1:12-cv-01132-LJO-SKO

25       (23)    *Brown v. City of Fresno*, et al., 1:12-cv-01133-LJO-SKO

26       (24)    *Picazo v. City of Fresno, et al.,* 1:12-cv-01134-LJO-SKO

27       (25)    *Collins v. City of Fresno, et al.*, 1:12-cv-01136-LJO-SKO

28       (26)    *Galvan v. City of Fresno, et al*., 1:12-cv-01137-LJO-SKO

1   (27)   *Gilliam v. City of Fresno, et al.*, 1:12-cv-01138-LJO-SKO

2   (28)   *Sims v. City of Fresno, et al.*, 1:12-cv-01139-LJO-SKO

3   (29)   *Hernandez v. City of Fresno, et al.*, 1:12-cv-01161-LJO-SKO

4   (30)   *Santa Rosa et al. v. City of Fresno, et al.*, 1:12-cv-01162-LJO-SKO

5   (31)   *Hicks v. City of Fresno, et al.,* 1:12-cv-01166-LJO-SKO;

6   (32)   *Hackett v. City of Fresno, et al.*, 1:12-cv-01215-LJO-SKO

7   *Sanchez v. City of Fresno*, *et al.,* Case No. 1:12-cv-00428-LJO-SKO, shall be designated as the

8   "lead" case, and the remaining consolidated cases shall be administratively closed.

9       Accordingly, IT IS HEREBY ORDERED that all cases related to Case No. 1:12-cv-00428-

10   LJO-SKO, as identified above, shall be consolidated for all pretrial purposes.

11

12   IT IS SO ORDERED.

13   **Dated:    August 24, 2012**                        /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28